**O**

# United States District Court
# Central District of California

| | |
|---|---|
| M. MERAZ., <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC; LEGAL RECOVERY LAW OFFICES, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:14-cv-00768-ODW(PJWx) <br><br> **ORDER TO SHOW CAUSE RE. SERVICE** |

On January 31, 2014, Plaintiff M Meraz filed a Complaint against Defendants. (ECF No. 1.) The Clerk of Court issued a Summons the same day. (ECF No. 2.) Federal Rule of Civil Procedure 4(m) provides that the court "must" dismiss an action if a defendant has not been served within 120 days after the plaintiff files her complaint, unless the plaintiff can show good cause for the delay. Plaintiff therefore is required to serve Defendants by May 31, 2014—120 days after January 31, 2014.

The Court therefore **ORDERS** Plaintiff **TO SHOW CAUSE** by **Monday, June 2, 2014**, why she has not served Defendants. No hearing will be held. The Court will discharge this Order upon filing of valid proofs of service for each

defendant or a written statement demonstrating good cause for the delay. Failure to timely respond will result in dismissal of this action.

**IT IS SO ORDERED.**

May 14, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**