O

# United States District Court
# Central District of California

| | |
|---|---|
| M. MERAZ.,<br><br>                    Plaintiff,<br><br>          v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; LEGAL RECOVERY LAW OFFICES, INC.; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:14-cv-00768-ODW(PJWx)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE [8]** |

On May 14, 2014, the Court ordered Plaintiff M Meraz to show cause why she had not served Defendants within the 120 day period provided by Federal Rule of Civil Procedure 4(m). (ECF No. 8.) On May 30, 2014, Meraz responded to the Court's Order, and informed the Court that the parties are engaged in settlement discussions and "expect to have the final settlement documents ready for client signature within ninety [ ] days." (ECF No. 9.) But Meraz has not yet filed a notice of settlement with the Court. *See* L.R. 16-15.7 ("If a settlement is reached, counsel shall (a) immediately report the settlement to the trial judge's courtroom deputy clerk; and (b) timely memorialize the terms of the settlement.")

Nonetheless, the Court **ORDERS** Plaintiff **TO SHOW CAUSE** in writing **no later than Tuesday, August 5, 2014**, why they have not finalized settlement. No hearing will be held. The Court will discharge this Order upon the filing of a stipulated dismissal or a joint response that indicates an additional, reasonable amount of time is required to finalize settlement

**IT IS SO ORDERED.**

June 2, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**